## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **JESSE HERRICK,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NELNET LOAN SERVICING, LLC,**<br><br>Defendant. | **Case No. 4:22-cv-03181-CRZ** |

## MOTION FOR ADMISSION FOR JONATHAN T. DETERS TO APPEAR PRO HAC VICE

Pursuant to Rule 1.7 of the Local Rules of the United States Court for the District of Nebraska, the undersigned hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs and the proposed Class in the above-captioned action.

I am in good standing of the bar of the State of Ohio; there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

Date: September 1, 2022

Respectfully submitted,

/s/ *Jonathan T. Deters*
Jonathan T. Deters (pro hac vice forthcoming)
Terence R. Coates (pro hac vice forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219

1

tcoates@msdlegal.com
jdeters@msdlegal.com
Gary M. Klinger
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

***Counsel for Plaintiff and the Class***

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2022, I caused the foregoing document to be filed electronically through the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Jonathan T. Deters*
Jonathan T. Deters, Esq.

2