IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE HERRICK,<br><br>        Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC,<br><br>        Defendant. | 4:22CV3181<br><br>**REASSIGNMENT ORDER** |

In the interest of judicial economy, this case is reassigned to District Judge John M. Gerrard for disposition and assigned to Magistrate Judge Cheryl R. Zwart for judicial supervision.

IT IS SO ORDERED.

Dated this 12th day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge