IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>Data Security Cases against NELNET SERVICING, LLC,<br><br>Defendant. | **INDEX OF FILINGS**<br><br>4:22CV3181<br>4:22CV3184<br>4:22CV3185<br>4:22CV3186<br>4:22CV3187<br>4:22CV3188<br>4:22CV3189<br>4:22CV3191<br>4:22CV3193<br>4:22CV3194<br>4:22CV3195<br>4:22CV3196<br>4:22CV3197<br>4:22CV3203<br>4:22CV3204<br>4:22CV3207<br>4:22CV3209<br>4:22CV3211<br>4:22CV3227<br>4:22CV3241<br>4:22CV3259<br>4:22CV3267<br>8:22CV413 |

      On December 13, 2022, Lowey Dannenberg, P.C. and Silver Golub & Teitell LLP Law Firms filed a motion and brief requesting consolidation of the related cases against Nelnet Servicing, LLC, and the appointment of their firms as interim co-lead class counsel on behalf of the proposed class. The motion was filed in 4:22cv3191 Spearman et al v. Nelnet Servicing, LLC, on behalf of the plaintiffs

named in Spearman; 4:22cv3204, Bump et al v. Nelnet Servicing, LLC; and 4:22cv3259, Scott et al v. Nelnet Servicing, LLC.

The court has compiled the motions, briefs, and statements filed in all of the related cases concerning the consolidation of cases and the competing motions for appointment of interim class counsel.[1] The compilation will be filed as Attachment 1 and includes:

- 4:22cv3191, Spearman et al v. Nelnet Servicing, LLC, Filing Nos. 34, 35, 40, and 41;
- 4:22cv3181, Herrick v. Nelnet Servicing, LLC, Filing Nos. 25, 26, and 27;
- 4:22cv3184, Carlson v. Nelnet Servicing, LLC, Filing No. 24;
- 4:22cv3194, Simmons v. Nelnet Servicing, LLC, Filing Nos. 23 and 24;
- 4:22cv3211, Freeland v. Nelnet Servicing, LLC, Filing Nos. 31 and 32;
- 4:22cv3267, Kohrell v. Nelnet Servicing, LLC, et al, Filing Nos. 67 and 68; and,
- 8:22cv413, Quinn v. Edfinancial Services, LLC, et al, Filing Nos. 46 and 48.

The court created an email group (nelnetemailgroup@ned.uscourts.gov) and subscribed the group for notice in each of the above-referenced cases to ensure all attorneys who appeared on behalf of a party in one or more of the related cases received notice of the other parties' filings. Now that briefing related to the consolidation of these cases and the appointment of interim lead counsel is

---

[1] Counsel in 4:22cv3181, Herrick v. Nelnet Servicing, LLC; 4:22cv3184, Carlson v. Nelnet Servicing, LLC; and 4:22cv3211, Freeland v. Nelnet Loan Servicing, LLC request to be co-lead counsel and allege they have the support of counsel for Plaintiffs in 4:22cv03185, Ballard v. Nelnet Servicing, LLC; 4:22cv3186, Hegarty v. Nelnet Servicing, LLC; 4:22cv3187, Beasley v. Nelnet Servicing, LLC; 4:22cv3188, Varlotta v. Nelnet Servicing, LLC; 4:22cv3189, Hollenkamp v. Nelnet Servicing, LLC; 4:22cv3193, Miller v. Nelnet Servicing, LLC; 4:22cv3197, Freeman v. Nelnet Servicing, LLC; 4:22cv3203, Sayers v. Nelnet Servicing, LLC; 4:22cv3209, Gamen v. Nelnet Servicing, LLC; 4:22cv3241, Kitzler v. Nelnet Loan Servicing, LLC; 8:22cv413, Quinn v. EdFinancial Services, LLC et al; 4:22cv3227, Eichenblatt v. Nelnet Loan Servicing, LLC; and 4:22cv3196, Joaquin-Torres v. Nelnet Servicing, LLC, and 4:22cv3267, Kohrell v. Nelnet Servicing, LLC, et al.

Counsel in 4:22cv3194, Simmons v. Nelnet Servicing, LLC and 4:22cv3207, Cordaro v. Nelnet Servicing, LLC, request to be co-lead counsel representing the proposed class or be part of the executive committee representing the proposed class.

complete, the court has removed the email group from the notice list so that the attorneys involved do not receive a copy of this index for every pending case.

Dated this 23rd day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge