IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SPEARMAN, individually and on behalf of all others similarly situated; et al.;<br><br>        Plaintiffs,<br><br>  vs.<br><br>NELNET SERVICING, LLC,<br><br>        Defendant.<br><br>  Member Cases:<br>    4:22-CV-03181-JMG-CRZ<br>    4:22-CV-03184-JMG-CRZ<br>    4:22-CV-03185-JMG-CRZ<br>    4:22-CV-03186-JMG-CRZ<br>    4:22-CV-03187-JMG-CRZ<br>    4:22-CV-03188-JMG-CRZ<br>    4:22-CV-03189-JMG-CRZ<br>    4:22-CV-03193-JMG-CRZ<br>    4:22-CV-03194-JMG-CRZ<br>    4:22-CV-03195-JMG-CRZ<br>    4:22-CV-03196-JMG-CRZ<br>    4:22-CV-03197-JMG-CRZ<br>    4:22-CV-03203-JMG-CRZ<br>    4:22-CV-03204-JMG-CRZ<br>    4:22-CV-03207-JMG-CRZ<br>    4:22-CV-03209-JMG-CRZ<br>    4:22-CV-03211-JMG-CRZ<br>    4:22-CV-03227-JMG-CRZ<br>    4:22-CV-03241-JMG-CRZ<br>    4:22-CV-03259-JMG-CRZ<br>    4:22-CV-03267-JMG-CRZ<br>    8:22-CV-00413-JMG-CRZ | **4:22CV3191**<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiffs' unopposed motion to amend the complaint, (4:22CV3191, Filing No. 46), is granted.

2) Plaintiffs' proposed amended complaint, a copy of which is attached to their motion, shall be filed on or before March 10, 2023 as <u>a spread text event in this lead case and all member cases</u>.

Dated this 7th day of March, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge