IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>Data Security Cases Against NELNET SERVICING, LLC,<br><br>     Defendant. | **ORDER**<br><br>4:22CV3181<br>4:22CV3184<br>4:22CV3185<br>4:22CV3186<br>4:22CV3187<br>4:22CV3188<br>4:22CV3189<br>4:22CV3191<br>4:22CV3193<br>4:22CV3194<br>4:22CV3195<br>4:22CV3196<br>4:22CV3197<br>4:22CV3203<br>4:22CV3204<br>4:22CV3207<br>4:22CV3209<br>4:22CV3227<br>4:22CV3241<br>4:22CV3259<br>4:22CV3267<br>8:22CV413 |

  Twenty-three[1] cases have been filed against Defendant(s) arising from an alleged data breach in 2022. The cases originally filed in other districts were transferred to this district and each of the above-captioned cases were designated by this court as "related." Pursuant to NEGenR 1.4(a)(4) the cases have all been assigned to Senior District Judge John M. Gerrard for disposition, and to the undersigned magistrate judge for judicial supervision.

---

[1] The caption of this case contains the case numbers for 22 of the 23 cases, as Freeland v. Nelnet Servicing, LLC, 4:22-cv-3211, was voluntarily dismissed by the plaintiff without prejudice on March 3, 2023. (Id. at Filing No. 37). The case was closed by the Clerk on March 7, 2023.

On January 30, 2023, the court consolidated the related cases, appointed interim counsel, and designated <u>Spearman et al v. Nelnet Servicing, LLC</u>, Case No. 4:22cv3191 as the Lead Case. (<u>Spearman et al</u>, 4:22cv3191, Filing No. 43). At that time, the court instructed the parties to file documents in the Lead Case and spread the text among the consolidated cases. <u>Id</u>. After receiving leave to amend, Plaintiffs filed a Consolidated Amended Class Action Complaint on March 10, 2023. (<u>Id</u>., Filing No 33). Responsive pleadings are still outstanding.

On the court's own motion and to promote judicial efficiency,

IT IS ORDERED:

1) The member cases currently associated with Lead Case, <u>Spearman et al v. Nelnet Servicing, LLC</u>, Case No. 4:22cv3191, are administratively closed and further filings will not automatically appear on each individual docket. To review the full record for each member case, the parties and the court should refer to documents filed in the Lead Case.

2) <u>Spearman et al v. Nelnet Servicing, LLC</u>, Case No. 4:22cv3191, Filing No. 43 at CM/ECF p. 17, Paragraph 5, is stricken. The parties shall no longer utilize the "spread text" feature when filing in the Lead Case.

3) If a party believes that a document should be filed in a member case <u>only</u>, and should not be filed in the Lead Case, counsel should contact chambers to receive further instruction.

4) To provide notice to all participants in the member cases, the court will subscribe the previously generated email group ([nelnetemailgroup@uscourts.gov](mailto:nelnetemailgroup@uscourts.gov)) for alerts in the Lead Case. This will ensure that all counsel of record in each of the member cases will receive notice of the filings in the Lead Case.

Dated this 28th day of March, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge